**Order entered April 19, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01006-CV

**CONTINENTAL  HERITAGE INSURANCE COMPANY,
AGENT PAT KINNARD D/B/A PAT KINNARD BAIL BONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. F18-41976-U**

### ORDER
Before Chief Justice Burns, Justice Goldstein, and Justice Smith

Appellant filed a motion to correct ordered costs in this case.  In response, appellee filed a plea to the jurisdiction.  The clerk's record includes the trial court's docket entry stating that it is "without jurisdiction in this matter and the motion is hereby denied."  The trial court, however, did not sign an order pursuant to the docket entry.

Accordingly, on the Court's own motion, we **ABATE** this appeal to allow the trial court to perform its ministerial duty of signing an order in accordance with its ruling. We **ORDER** Dallas County District Clerk Felicia Pitre to file, **within twenty-five days** of the date of this order, a supplemental clerk's record containing the trial court's signed order.

We **SUSPEND** the current deadline for appellant's brief on the merits. The Court will set a new deadline for appellant's brief once the supplemental clerk's record is filed and reviewed.

We will reinstate this appeal within twenty-five days of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to The Honorable Stephanie Huff, Presiding Judge of the 291st Judicial District Court; Ms. Pitre; and, all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE